

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2017

No. 04-17-00031-CV

**IN RE** Kevin Doty and Elizabeth **DOTY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                  Karen Angelini, Justice
                  Luz Elena D. Chapa, Justice

On January 19, 2017, Relator filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than February 8, 2017.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED. All proceedings in the underlying case are stayed pending final resolution of the petition filed in this court.

It is so **ORDERED** on January 24, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. CC-15-100, styled *Richard Davidson v. Kevin Doty*, pending in the 229th Judicial District Court, Jim Hogg County, Texas, the Honorable Ana Lisa Garza presiding.